**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7226**

---

In Re: ANTWAN LENARD BLACK,

                                              Petitioner.

---

On Petition for Writ of Mandamus.  (CA-98-881-4)

---

Submitted:  March 31, 2000          Decided:  April 18, 2000

---

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition dismissed by unpublished per curiam opinion.

---

Antwan Lenard Black, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antwan Lenard Black petitions this court for a writ of mandamus directing the district court to act upon his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 1999). The district court entered a final order on March 14, 2000, denying relief on Black's motion. Accordingly, we dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DISMISSED</u>

2